In the Matter of the Claim of FRANCESCO RODRIGUEZ, Respondent, against NEW YORK DOCK Co., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.